## **CERTIFICATE OF SERVICE**

     I, Brian E. Farnan, hereby certify that on October 31, 2023, a copy of the First Amended Complaint was served via hand delivery on the following:

Amazon.com, Inc.
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

                                                      /s/ *Brian E. Farnan*
                                                      Brian E. Farnan (Bar No. 4089)