AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __District of Delaware__ on the following

☐ Trademarks or   ☑ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>23-cv-1232-UNA | DATE FILED<br>10/27/2023 | U.S. DISTRICT COURT<br>District of Delaware | |
|---|---|---|---|
| PLAINTIFF<br>Nokia Corporation and Nokia Technologies Oy | | DEFENDANT<br>Amazon.com, Inc., and Amazon.com Services, LLC | |
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED<br>10/31/2023 | INCLUDED BY<br>☑ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
|---|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1  See Attached | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
|  |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
|  |  |  |

**Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy**

|    | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|----|-------------------------|------------------------------|-------------------------------|
| 1  | US 7,532,808 B2         | 5/12/2009                    | Nokia Technologies Oy         |
| 2  | US 8,204,134 B2         | 6/19/2012                    | Nokia Technologies Oy         |
| 3  | US 7,724,818 B2         | 5/25/2010                    | Nokia Technologies Oy         |
| 4  | US 10,536,714 B2        | 1/14/2020                    | Nokia Technologies Oy         |
| 5  | US 11,805,267 B2        | 10/31/2023                   | Nokia Technologies Oy         |
| 6  | US 8,077,991 B2         | 12/13/2011                   | Nokia Technologies Oy         |
| 7  | US 8,050,321 B2         | 11/1/2011                    | Nokia Technologies Oy         |
| 8  | US 7,480,254 B2         | 1/20/2009                    | Nokia Technologies Oy         |
| 9  | US 8,996,693 B2         | 3/31/2015                    | Nokia Technologies Oy         |
| 10 | US 9,473,602 B2         | 10/18/2016                   | Nokia Technologies Oy         |
| 11 | US 8,918,741 B2         | 12/23/2014                   | Nokia Technologies Oy         |