AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Delaware

Nokia Corporation and Nokia Technologies Oy

*Plaintiff(s)*

v.

Amazon.com, Inc.

*Defendant(s)*

Civil Action No. 23-cv-1232-GBW

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Amazon.com, Inc.
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Brian E. Farnan
Farnan LLP
919 N. Market St., 12th Floor
Wilmington, Delaware 19801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

/s/ Randall C. Lohan

Date: 10/27/2023

*Signature of Clerk or Deputy Clerk*

# AFFIDAVIT OF SERVICE

| Case:<br>1:23-cv-01232-UNA | Court:<br>United States District Court for the District of Delaware | County:<br>New Castle, DE | Job:<br>9839735 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>Nokia Corporation and Nokia Technologies Oy | | Defendant / Respondent:<br>Amazon.com, Inc. | |
| Received by:<br>DLS Discovery | | For:<br>Farnan LLP | |
| To be served upon:<br>Amazon.com, Inc. c/o Corporation Service Company | | | |

I, Tim Rhoads, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Litigation Management Representative , 251 Little Falls Drive, Wilmington, DE 19808
**Manner of Service:** Registered Agent, Oct 30, 2023, 12:28 pm EDT
**Documents:** Summons and Complaint

**Additional Comments:**
1) Successful Attempt: Oct 30, 2023, 12:28 pm EDT at 251 Little Falls Drive, Wilmington, DE 19808 received by Litigation Management Representative .

_____   Oct 30, 2023
Tim Rhoads                  Date

DLS Discovery
824 N. Market Street Suite 108
Wilmington, DE 19801
3022505126

*Subscribed and sworn to before me by the affiant who is personally known to me.*

_____
Notary Public
Oct 30, 2023
Date                Commission Expires

[Notary Seal: JEFFREY A. LOW, MY COMMISSION EXPIRES JULY 30, 2025, NOTARY PUBLIC, STATE OF DELAWARE]