IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOKIA CORPORATION, AND<br>NOKIA TECHNOLOGIES OY,<br><br>            Plaintiffs,<br><br>    v.<br><br>AMAZON.COM, INC., AND AMAZON.COM<br>SERVICES, LLC,<br><br>            Defendants. | C.A. No. 23-1232 (GBW) |

**DEFENDANTS' MOTION FOR PARTIAL DISMISSAL
PURSUANT TO FED. R. CIV. P. 12(b)(6)**

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendants Amazon.com, Inc. and Amazon.com Services, LLC ("Amazon") move to dismiss Counts III, VIII, IX, X, and XI of Plaintiffs' Amended Complaint (D.I. 5) with prejudice for failure to state a claim upon which relief can be granted because U.S. Patent Nos. 7,480,254, 8,918,741, 8,996,693, 9,473,602, and 7,724,818 are invalid under 35 U.S.C. §101 for lacking patent eligible subject matter. The grounds for this motion are set forth in Defendants' Opening Brief filed herewith.

|  |  |
|---|---|
| OF COUNSEL:<br><br>J. David Hadden<br>Saina S. Shamilov<br>Ravi R. Ranganath<br>Allen Wang<br>Vigen Salmastlian<br>FENWICK & WEST LLP<br>801 California Street<br>Mountain View, CA  94041<br>(650) 988-8500<br><br>Todd R. Gregorian<br>Ethan M. Thomas<br>FENWICK & WEST LLP<br>555 California Street<br>San Francisco, CA  94104<br>(415) 875-2300<br><br>January 19, 2024 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Jeremy A. Tigan*<br><br>_____<br>Jack B. Blumenfeld (#1014)<br>Jeremy A. Tigan (#5239)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>jtigan@morrisnichols.com<br><br>*Attorneys for Defendants Amazon.com, Inc. and Amazon.com Services, LLC* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 19, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on January 19, 2024, upon the following in the manner indicated:

| | |
|---|---|
| Brian E. Farnan, Esquire<br>Michael J. Farnan, Esquire<br>FARNAN LLP<br>919 North Market Street, 12th Floor<br>Wilmington DE  19801<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Warren H. Lipschitz, Esquire<br>Alexandra F. Easley, Esquire<br>MCKOOL SMITH, P.C.<br>300 Crescent Court, Suite 1200<br>Dallas, TX  75224<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| R. Mitch Verboncoeur, Esquire<br>MCKOOL SMITH, P.C.<br>303 Colorado Street, Suite 2100<br>Austin, TX  78701<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Josh Newcomer, Esquire<br>MCKOOL SMITH, P.C.<br>600 Travis Street, Suite 7000<br>Houston, TX 77002<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Kevin Burgess, Esquire<br>MCKOOL SMITH, P.C.<br>104 East Houston Street, Suite 300<br>Marshall, TX  75670<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |

Theodore Stevenson, III, Esquire     *VIA ELECTRONIC MAIL*
ALSTON & BIRD LLP
2200 Ross Avenue, Suite 2300
Dallas, TX 75201
*Attorneys for Plaintiffs*

John D. Haynes, Esquire     *VIA ELECTRONIC MAIL*
Nicholas T. Tsui, Esquire
Shawn P. Gannon, Esquire
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309
*Attorneys for Plaintiffs*

                                      */s/ Jeremy A. Tigan*

                                      Jeremy A. Tigan (#5239)