IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOKIA CORPORATION and<br>NOKIA TECHNOLOGIES OY,<br><br>           Plaintiffs,<br><br>  v.<br><br>AMAZON.COM, INC. and<br>AMAZON.COM SERVICES, LLC,<br><br>           Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 23-1232 (GBW)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the deadline for Plaintiffs Nokia Corporation and Nokia Technologies Oy to respond to Defendants' Motion for Partial Dismissal Pursuant to Fed. R. Civ. P. 12(b)(6) ("Motion") (D.I. 18) is extended to March 15, 2024 and the deadline for Defendants to file a reply brief in support of their Motion is April 22, 2024.

| | |
|---|---|
| Dated: February 2, 2024 | Respectfully submitted, |
| FARNAN LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ Michael J. Farnan<br>Brian E. Farnan (#4089)<br>Michael J. Farnan (#5165)<br>919 North Market Street, 12th Floor<br>Wilmington DE  19801<br>(302) 777-0300<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br><br>*Attorneys for Plaintiffs* | /s/ Jeremy A. Tigan<br>Jack B. Blumenfeld (#1014)<br>Jeremy A. Tigan (#5239)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899-1347<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>jtigan@morrisnichols.com<br><br>*Attorneys for Defendants* |

IT IS SO ORDERED this _____ day of January, 2024.

_____
The Honorable Gregory B. Williams