

May 30, 2024

**VIA E-FILING**
The Honorable Gregory B. Williams
J. Caleb Boggs Federal Building
844 N. King Street
Unit 26, Room 6124
Wilmington, DE 19801-3555

Re:   Nokia Corporation, et al. v. Amazon.com, Inc., C.A. No. 23-cv-1232-GBW

Dear Judge Williams:

Per the Court's Oral Order (D.I. 28), Plaintiffs identify the following cases as most similar to the patents at issue:

For 9,473,602, Nokia identifies *ADASA Inc. v. Avery Dennison Corp.*, 55 F.4th 900, 908 (Fed. Cir. 2022). As in *ADASA*, the '602 Patent is directed towards a specific, hardware-based structure that improves the underlying operation of a machine.

For 7,480,254, Nokia identifies *Ancora Techs. v. HTC Am., Inc.*, 908 F.3d 1343 (Fed. Cir. 2018). Like the patent in *Ancora*, the '254 Patent uses "a specific technique that departs from earlier approaches" to solve a "specific computer problem" (i.e., directing network traffic via a single protocol for multiple client applications). *Id*. at 1348.

For 8,918,741, Nokia identifies *Core Wireless Licensing S.A.R.L. v. LG Elecs., Inc.*, 880 F.3d 1356, 1363 (Fed. Cir. 2018). Like in *Core Wireless,* the '741 Patent claims a user interface for "displaying a limited set of information to the user."

For 8,996,693, Nokia identifies *TecSec, Inc. v. Adobe Inc.*, 978 F.3d 1278, 1294-95 (Fed. Cir. 2020). Amazon argues the '693 Patent is directed to "abstract idea of combining and processing different types of data." As in *TecSec*, this "disregard[s] elements … that … are important parts of the claimed advance in the combination of elements" (including the interplay between the claimed dynamic and static processing mechanisms). *Id*. at 1294.

For 7,724,818 (cl. 6), Nokia identifies *Packet Intelligence LLC v. NetScout Sys.*, 965 F.3d 1299, 1309-10 (Fed. Cir. 2020). Even more concrete than in *Packet Intelligence*, the '818 Patent claims "a granular, nuanced, and useful" data structure: a hierarchical parameter set structure requiring sequence and picture parameter sets with at least one picture parameter value in the slice header. *See also Enfish LLC v. Microsoft Corp*., 822 F.3d 1327, 1339 (Fed. Cir. 2016).

Respectfully submitted,

/s/ Brian E. Farnan

Brian E. Farnan

cc: Counsel of Record (Via E-Filing)