IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOKIA CORPORATION, AND NOKIA TECHNOLOGIES OY,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., AND AMAZON.COM SERVICES LLC.<br><br>Defendants. | C.A. No. 23-1232 (GBW) |

### STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs and Defendants hereby stipulate and agree, through their undersigned counsel, that all claims between the parties in this action are hereby dismissed without prejudice, with each party to bear its own costs, expenses and attorneys' fees.

Dated: April 8, 2025

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market Str., 12th Floor
Wilmington, DE 19801
Tel: (302) 777-0300
Tel: (302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Plaintiffs*

Respectfully submitted,

MORRIS, NICHOLS, ARSHT & TUNNEL LLP

/s/ Jeremy A. Tigan
Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com

*Attorneys for Defendants*

IT IS SO ORDERED this 15th day of April, 2025.

_____
The Honorable Gregory B. Williams